1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11   HERMAN LAWRENCE HOWARD,              Case No. 2:17-02245 DDP (ADS)

12                    Petitioner,

13              v.                        ORDER ACCEPTING
                                          REPORT AND RECOMMENDATION OF
14   JAMES ROBERTSON, et al.,             UNITED STATES MAGISTRATE JUDGE
                                          AND DISMISSING CASE
15                    Respondents.

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18   Habeas Corpus [Dkt. No. 1], all the records and files herein, along with the Report and

19   Recommendation dated December 30, 2019 of the assigned United States Magistrate

20   Judge [Dkt. No. 52], and Petitioner's Objection to Report and Recommendation of

21   United States Magistrate Judge [Dkt. No. 63].  The Court has engaged in a de novo

22   review of those portions of the Report and Recommendation to which objections have

23   been made.

24

1    In his Objections, Petitioner attempts to raise an "alternative violation of due

2    process" for Grounds One, Two, Three, and Five.  [Dkt. No. 63, pp. 2-3].  However, a

3    petition for writ of habeas corpus must specify all grounds for relief in the petition itself.

4    Rules Governing Section 2254 Cases, Rule 2(c)(1); see also Mayle v. Felix, 545 U.S. 644,

5    656 ("A prime purpose of Rule 2(c)'s demand that habeas petitioners plead with

6    particularity is to assist the district court in determining whether the State should be

7    ordered to show cause why the writ should not be granted." (internal citation and

8    quotations omitted)); [Dkt. No. 1, p. 5 ("For this petition, state every ground on which

9    you claim that you are being held in violation of the Constitution, laws, or treaties of the

10   United States.")].  Petitioner did not allege due process claims in the Petition and did

11   not previously seek leave to amend the Petition to include them.  Thus, the Court may

12   not grant relief on those claims.

13   Petitioner also requests an evidentiary hearing.  [Dkt. No. 63, p. 23].  Petitioner

14   argues that an evidentiary hearing would validate the facts he alleges to support his

15   claims.  [Dkt. No. 63, pp. 7-11].  However, Petitioner has failed to demonstrate that the

16   state record received and reviewed by the Court is insufficient to resolve his claims.  See

17   Cullen v. Pinholster, 563 U.S. 170 (2011) (federal court's habeas review ordinarily "is

18   limited to the record that was before the state court that adjudicated the claim on the

19   merits"); Schrirro v. Landrigan, 550 U.S. 465, 474 (2007).  Thus, the request for an

20   evidentiary hearing is denied.

21   Accordingly, IT IS HEREBY ORDERED:

22       1.    The United States Magistrate Judge's Report and Recommendation [Dkt.

23             No. 52] is accepted;

24       2.    The request for an evidentiary hearing [Dkt. No. 63, p. 23] is denied;

2

1    3.    The Petition is dismissed with prejudice; and

2    4.    Judgment is to be entered accordingly.

3

4    DATED:  JULY 10, 2024

5    _____
     THE HONORABLE DEAN D. PREGERSON
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3