JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HERMAN LAWRENCE HOWARD, | Case No. 2:17-02245 DDP (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| JAMES ROBERTSON, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, Denying Request for Evidentiary Hearing, and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  JULY 10, 2024

_____
THE HONORABLE DEAN D. PREGERSON
United States District Judge